IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: JAMES RICHARD & KIMBERLEY ANN PHAD )
)
Option One Mortgage,                       )   **JOLIET**
       Creditor,                          )
)
  vs.                                      ) CASE NO. 07B07942
) JUDGE Bruce W. Black
JAMES RICHARD & KIMBERLEY ANN PHAD,        )
       Debtors                            )

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes Option One Mortgage, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the February 1, 2008 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of January 16, 2008:

   | | |
   |---|---|
   | a. Attorney's Fees | $250.00 |
   | b. Late Charges | $37.69 |
   | c. Prior Bankruptcy Proof of Claim Fees | $200.00 |
   | d. Prior Bankruptcy Objection Fees | $300.00 |
   | Total | $787.69 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Option One Mortgage rights to collect these amounts will be unaffected.

Respectfully Submitted,
Option One Mortgage

/s/Christopher M. Brown__
Christopher M. Brown
ARDC#6271138
Pierce and Associates, P.C.
1 North Dearborn
13th Floor
Chicago, Illinois 60602
(312)346-9088